# Court of Appeals
# of the State of Georgia

ATLANTA,  June 20, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1601. IN THE INTEREST OF A. L. G., a child.**

Pursuant to Court of Appeals Rule 23 (a), the Appellant in the above-styled case was required to file a brief, including an enumeration of error(s), within 20 days after the appeal was docketed on April 6, 2012. On May 1, 2012, Appellant's counsel filed a motion for extension of time to file Appellant's brief, explaining therein that counsel did not receive the notice of docketing until April 27, 2012. On May 8, 2012, this Court granted the extension through May 16, 2012. To date, Appellant has failed to file her brief or enumeration of error(s). Accordingly, this appeal is hereby DISMISSED pursuant to Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/20/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

 *, Clerk.*